# COMPOSITE
# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSEN VEGA, on his own behalf and on
behalf of those similarly situated,

       Plaintiff,

v.                                 CASE NO. 8:16-cv-734-T-MAP

MCKINLEY PROPERTIES, INC.,

       Defendant.

_____/

## **ORDER**

      Before me is the parties' joint motion to submit settlement agreements to the Court for *in camera* review (doc. 22).[1]  Upon consideration, the motion is granted to the extent that the parties shall file with the Clerk of Court a copy of the parties' confidential settlement agreements under seal for the Court's *in camera* review in connection with the parties' joint motion for approval of settlement agreements (doc. 23).

      DONE and ORDERED in Tampa, Florida on June 16, 2016.

                                  *Mark A. Pizzo*
                                  MARK A. PIZZO
                                  UNITED STATES MAGISTRATE JUDGE

---

[1]  The parties have consented to my jurisdiction in this case (doc. 20).

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DONALD DAVIN,

     Plaintiff,

v.                                                  Case No: 8:14-cv-974-T-30EAJ

CAMP NEBRASKA, INC.,

     Defendant.

_____

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Motion to Submit Settlement Agreement to the Court for In Camera Review (Dkt. 22). Upon review and consideration, it is therefore ORDERED AND ADJUDGED that the Joint Motion for In Camera Review is granted to the extent that the parties shall file with the Clerk of Court a copy of the parties' confidential settlement agreement under seal for the Court's *in camera* review.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of October, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-974 grant in camera review.docx

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOSTAFA HASSAN,

     Plaintiff,

vs.

                            CASE NO. 8:14-CV-360-EAK-EAJ

MANSOUR ENTERPRISES, INC., and
GHASSAN MANSOUR,

     Defendants

_____/

## ORDER

**THIS CAUSE** came before the Court upon the Parties' "Joint Motion to Submit Settlement Agreement to the Court for *In Camera* Review." The Court has examined the motion and finds the Parties' request to be appropriate in this action and consistent with Federal Rule of Civil Procedure 1 and, therefore, it is:

**ORDERED** and **ADJUDGED** that the Parties may submit their settlement agreement to the Court for *in camera* review. The settlement agreement is confidential and shall remain confidential for the time necessary for the Court to review the terms of the Parties' settlement in conjunction with the Parties' "Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal" and, thereafter, shall be returned by the Court to counsel for Defendants, without filing.

**DONE AND ORDERED** in Chambers at Tampa, Florida, this ___ day of May, 2014.

UNITED STATES DISTRICT JUDGE

Copies to Counsel of Record

PD.11310018.1

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DARREL K. JACKSON, on his own
behalf and others similarly situated,

        Plaintiff,

v.                         CASE NO.: 8:11-CV-02653-TGW

LINCARE, INC.,

        Defendant.

_____/

### ORDER

    **THIS CAUSE** came before the Court upon the Parties' "Joint Motion to Submit Settlement Agreement to the Court for *In Camera* Review." The Court has examined the motion and finds the Parties' request to be appropriate in this action and consistent with Federal Rule of Civil Procedure 1 and, therefore, it is

    **ORDERED** and **ADJUDGED** that the Parties may submit their settlement agreement to the Court for *in camera* review. The settlement agreement is confidential and shall remain confidential for the time necessary for the Court to review the terms of the Parties' settlement in conjunction with the Parties' "Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal" and, thereafter, shall be returned by the Court to counsel for Defendant, without filing.

    **DONE AND ORDERED** in Chambers at Tampa, Florida, this 2 day of April 2012.

                        Thomas G. Wilson
                        United States Magistrate Judge

Copies to:    Counsel of Record

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO. 8:11-CV-00798-KOVACHEVICH/PIZZO

GUENY ROJAS,

     Plaintiff,

v.

MK AUTOMOTIVE, INC.

     Defendant.

_____ /

## ORDER

    This matter came before the Court upon the Parties' "Joint Motion to Submit Settlement Agreement to the Court for *In Camera* Review." The Court has examined the motion and finds the Parties' request to be appropriate in this action and consistent with Federal Rule of Civil Procedure 1 and the principals of the Fair Labor Standards Act as articulated in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), and, therefore, it is

    **ORDERED AND ADJUDGED** that the Parties may submit their settlement agreement to the Court for *in camera* review. The settlement agreement is confidential and shall remain confidential for the time necessary for the Court to review the terms of the Parties' settlement in conjunction with the Parties' "Joint Motion and Memorandum of Law Requesting Approval of Settlement Agreement and Entry of an Order of Dismissal" and, thereafter, shall be returned by the Court to counsel for Defendant, without filing.

PD.5563145.1

**DONE AND ORDERED** in Chambers at Tampa, Florida, this 20th day of DEC, 2011.

Elizabeth A. Kovachevich
United States District Judge

Copies to:    Counsel of Record

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRY BRUNE,

        Plaintiff,

v.                                         Case No.  8:11-cv-244-T-24 TBM

JPL ADVISORS, INC. and
JAMES P. LEAVY,

        Defendants.
_____/

## **ORDER**

      This cause comes before the Court on the parties' Joint Motion to Submit Settlement
Agreement to the Court for *In Camera* Review.  (Doc. No. 15).  Upon consideration, the Court
**GRANTS** the motion to the extent that the parties are directed to email a copy of the settlement
agreement to the Chamber's email account, Chambers_FLMD_Bucklew@flmd.uscourts.gov, by
June 17, 2011.  The Court will review the emailed copy of the settlement agreement without
filing it on the public docket.

      **DONE AND ORDERED** at Tampa, Florida, this 8th day of June, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JUAN DOIMEADIOS, on behalf of,
himself and those similarly situated,

     Plaintiff,

                                CASE NO.: 8:09-CV-1003-T-26MAP

vs.

JASON'S HAULING INC., a Florida
corporation, and JASON FREYRE,
Individually,

     Defendants.

_____/

## ORDER

This matter came before the Court upon the Parties' "Joint Motion to Submit Settlement Agreements to the Court for *In Camera* Review." The Court has examined the motion and finds the Parties' request to be appropriate in this action and consistent with Federal Rule of Civil Procedure 1 and, therefore, it is

**ORDERED AND ADJUDGED** that the Parties may submit their settlement agreements to the Court for *in camera* review. The settlement agreements are confidential and shall remain confidential for the time necessary for the Court to review the terms of the Parties' settlement in conjunction with the Parties' "Joint Motion and Memorandum of Law Requesting Approval of Settlement Agreements and Entry of an Order of Dismissal" and, thereafter, shall be returned by the Court to counsel for Defendants, without filing.

PD.4012861.1

**DONE AND ORDERED** this ____ day of _____, 2010 in Chambers in Hillsborough County, Florida.

THE HONORABLE RICHARD A. LAZARRA
UNITED STATES DISTRICT JUDGE

cc: Counsel of record

PD.4012861.1

CLOSED

**U.S. District Court**
**Middle District of Florida (Tampa)**
**CIVIL DOCKET FOR CASE #: 8:09-cv-02446-JSM-MAP**

Frost v. Quality Metal Fabricators, Inc. et al       Date Filed: 12/02/2009
Assigned to: Judge James S. Moody, Jr       Date Terminated: 03/17/2010
Referred to: Magistrate Judge Mark A. Pizzo       Jury Demand: Plaintiff
Cause: 29:201 Fair Labor Standards Act       Nature of Suit: 710 Labor: Fair
                                             Standards
                                             Jurisdiction: Federal Question

**Plaintiff**

**Clavis Frost**       represented by **C. Ryan Morgan**
                       Morgan & Morgan, PA
                       20 N Orange Ave - 10th Flr
                       PO Box 4979
                       Orlando, FL 32802-4979
                       407/420-1414
                       Fax: 407/425-8171
                       Email: rmorgan@forthepeople.com
                       *LEAD ATTORNEY*
                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Quality Metal Fabricators, Inc.**       represented by **Jason A. Pill**
*a Florida corporation*       Phelps Dunbar, LLP
                       Suite 1900
                       100 S Ashley Dr
                       Tampa, FL 33602-5315
                       813/222-7664
                       Fax: 813/472-7570
                       Email: jason.pill@phelps.com
                       *LEAD ATTORNEY*
                       *ATTORNEY TO BE NOTICED*

                       **John E. Phillips , Jr.**
                       Phelps Dunbar, LLP
                       Suite 1900
                       100 S Ashley Dr
                       Tampa, FL 33602-5315
                       813/472-7550
                       Fax: 813/472-7570
                       Email: john.phillips@phelps.com
                       *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Earl Roberts**                                   represented by  **Jason A. Pill**
*individually*                                                     (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **John E. Phillips , Jr.**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2009 | 1 | COMPLAINT against Quality Metal Fabricators, Inc., Earl Roberts with Jury Demand (Filing fee $350 receipt number T052978) filed by Clavis Frost. (Attachments: # 1 Civil Cover Sheet)(CH) (Entered: 12/02/2009) |
| 12/02/2009 | 2 | NOTICE of Consent to Join by Clavis Frost re 1 Complaint (CH) (Entered: 12/02/2009) |
| 01/15/2010 | 3 | WAIVER OF SERVICE returned executed on 12/1/09 by Clavis Frost as to Quality Metal Fabricators, Inc., Earl Roberts. (Attachments: # 1 Exhibit Ex A) (Morgan, C.) (Entered: 01/15/2010) |
| 01/28/2010 | 4 | NOTICE of Appearance by John E. Phillips, Jr on behalf of Quality Metal Fabricators, Inc., Earl Roberts (Phillips, John) (Entered: 01/28/2010) |
| 02/01/2010 | 5 | ANSWER and affirmative defenses to 1 Complaint by Quality Metal Fabricators, Inc., Earl Roberts.(Phillips, John) (Entered: 02/01/2010) |
| 02/08/2010 | 6 | FLSA SCHEDULING ORDER. Plaintiff shall answer the Court's interrogatories within 15 days. Signed by Judge James S. Moody, Jr on 2/8/2010. (Attachments: # 1 Magistrate Judge Consent form)(LN) (Entered: 02/08/2010) |
| 02/15/2010 | 7 | ANSWER to court interrogatories re: 6 FLSA scheduling order by Clavis Frost. (Attachments: # 1 Exhibit Ex A)(Morgan, C.) (Entered: 02/15/2010) |
| 03/02/2010 | 8 | NOTICE of Appearance by Jason A. Pill on behalf of Quality Metal Fabricators, Inc., Earl Roberts (Pill, Jason) (Entered: 03/02/2010) |
| 03/02/2010 | 9 | Unopposed MOTION for extension of time to file document *Defendants' Verified Summary of Hours Worked by Plaintiff* by Quality Metal Fabricators, Inc., Earl Roberts. (Phillips, John) (Entered: 03/02/2010) |
| 03/03/2010 | 10 | ENDORSED ORDER granting 9 Defendants' Motion for extension of time to file Verified Summary. Extension granted through March 9, 2010. Signed by Judge James S. Moody, Jr on 3/3/2010. (LN) (Entered: 03/03/2010) |
| 03/09/2010 | 11 | NOTICE of Settlement by Quality Metal Fabricators, Inc., Earl Roberts (Phillips, John) (Entered: 03/09/2010) |

| Date | No. | Description |
|---|---|---|
| 03/17/2010 | 12 | 60-DAY ORDER OF DISMISSAL: No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court. All pending motions, if any, are DENIED as moot. The Clerk is directed to close the file. Signed by Judge James S. Moody, Jr on 3/17/2010. (LN) (Entered: 03/17/2010) |
| 03/25/2010 | 13 | Joint MOTION for miscellaneous relief, specifically to Submit Settlement Agreement to the Court for In Camera Review by Clavis Frost, Quality Metal Fabricators, Inc., Earl Roberts. (Attachments: # 1 Exhibit A - Order Regarding FLSA Settlement, # 2 Exhibit B - Text of Proposed Order)(Pill, Jason) (Entered: 03/25/2010) |
| 03/25/2010 | 14 | Joint MOTION to Approve Settlement *Agreement and Enter an Order of Dismissal* by Clavis Frost, Quality Metal Fabricators, Inc., Earl Roberts. (Attachments: # 1 Exhibit A - Text of Proposed Order)(Pill, Jason) (Entered: 03/25/2010) |
| 03/26/2010 | 15 | ENDORSED ORDER granting 13 Joint Motion to Submit Settlement Agreement to the Court for In Camera Review. Signed by Judge James S. Moody, Jr on 3/26/2010. (LN) (Entered: 03/26/2010) |
| 03/31/2010 | 16 | ENDORSED ORDER granting 14 Joint Motion to Approve Settlement Agreement. This case is dismissed with prejudice, with each party to bear their own fees and costs, except as set forth in the Settlement Agreement. Signed by Judge James S. Moody, Jr on 3/31/2010. (LN) (Entered: 03/31/2010) |

| From: | cmecfautosender@flsd.uscourts.gov |
|---|---|
| Sent: | Monday, September 10, 2012 10:30 AM |
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | Activity in Case 1:11-cv-21148-WJZ El Amir et al v. H & R Block Eastern Enterprises, Inc. Order on Motion for Leave to File |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 9/10/2012 at 10:30 AM EDT and filed on 9/10/2012
**Case Name:**      El Amir et al v. H & R Block Eastern Enterprises, Inc.
**Case Number:**    1:11-cv-21148-WJZ
**Filer:**
**Document Number:** 57(No document attached)

**Docket Text:**
**PAPERLESS ORDER granting [54] Motion for Leave to Submit Settlement Agreement to the Court for In Camera Review. The Parties have until Noon, on Wednesday, 9/12/2012 to submit their Settlement Agreement in camera for review. Signed by Judge William J. Zloch on 9/10/2012. (bc)**

**1:11-cv-21148-WJZ Notice has been electronically mailed to:**

Dennis Michael McClelland    dennis.mcclelland@phelps.com, erin.malone@phelps.com, malkowsl@phelps.com, solomonb@phelps.com

Jason Saul Remer    jremer@rgpattorneys.com, am@rgpattorneys.com

Reed Lock Russell    reed.russell@phelps.com, mccullyb@phelps.com

**1:11-cv-21148-WJZ Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

Nancy El Amir(Terminated)
1623 Collins Avenue
Apt. 915
Miami Beach, FL 33139

Nicole Rahmings(Terminated)

1

18860 NW 10th Place
Miami, FL 33169

Shanicka Gaskin(Terminated)
15265 NW 18th Avenue
Miami, FL 33054

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21156-CIV-SIMONTON

CARY RIVERON,

      Plaintiff,

v.

H&R BLOCK EASTERN ENTERPRISES, INC. d/b/a
H&R BLOCK,

      Defendant.

_____/

## ORDER GRANTING MOTION FOR IN CAMERA REVIEW

THIS CAUSE came before the Court upon the Parties' Joint Motion to Submit Settlement Agreement to the Court for *In Camera* Review (DE # 54). The Court has examined the motion and finds the Parties' request to be appropriate in this action and consistent with Federal Rule of Civil Procedure 1 and, therefore, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED. The Parties may submit their settlement agreement to the Court for *in camera* review. The settlement agreement is confidential and shall remain confidential for the time necessary for the Court to review the terms of the Parties' settlement in conjunction with the Parties' "Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal" and, thereafter, shall be returned by the Court to counsel for Defendant, without filing.

DONE AND ORDERED in Chambers at Miami, Florida, on August 4, 2012.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to
All counsel of record

| From: | cmecfautosender@flsd.uscourts.gov |
|---|---|
| Sent: | Friday, April 20, 2012 4:54 PM |
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | Activity in Case 1:11-cv-20831-KMM Prada v. H & R Block Eastern Enterprises, Inc. d/b/a H & R Block Order Dismissing Case |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 4/20/2012 at 4:54 PM EDT and filed on 4/20/2012
**Case Name:**      Prada v. H & R Block Eastern Enterprises, Inc. d/b/a H & R Block
**Case Number:**   1:11-cv-20831-KMM
**Filer:**
**WARNING: CASE CLOSED on 04/20/2012**
**Document Number:** 39(No document attached)

**Docket Text:**
**PAPERLESS NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT. THIS CAUSE came before the Court upon the Mediator's Notice of Settlement [38]. THE PARTIES are hereby directed to file a copy of the settlement agreement with the Court no later than May 10, 2012. Pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled only with approval of the Court or the Secretary of Labor. The Parties are reminded that FLSA requires judicial review of the reasonableness of counsels legal fees to assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement. Silva v. Miller, 307 F. Appx 349, 351 (11th Cir. 2009). Thus, if the settlement agreement itself does not disclose the amount paid to the Plaintiff and counsel's attorney fees, they should be separately indicated. The Parties should also include in their filing any information that they believe is relevant to determining the fairness of the fee. If the Parties intend to keep the settlement agreement confidential, they may file the settlement agreement as a sealed document. If the Court approves the settlement, the Court will enter a final order of dismissal with prejudice. The Clerk of Court is instructed to CLOSE this case for administrative purposes. All pending motions are DENIED AS MOOT. Signed by Judge K. Michael Moore on 4/20/2012. (dwe)**

**1:11-cv-20831-KMM Notice has been electronically mailed to:**

Anthony Maximillien Georges-Pierre    agp@rgpattorneys.com, am@rgpattorneys.com

Dennis A. Clifford     dclifford@seyfarth.com

Dennis Michael McClelland     dennis.mcclelland@phelps.com, erin.malone@phelps.com, malkowsl@phelps.com, solomonb@phelps.com

Jason Saul Remer     jremer@rgpattorneys.com, am@rgpattorneys.com

Kate L. Birenbaum     kbirenbaum@seyfarth.com

Reed Lock Russell     reed.russell@phelps.com, mccullyb@phelps.com

**1:11-cv-20831-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 11-20954-Civ-SCOLA

DEOWANTI SINGH,

      Plaintiff,

vs.

H&R BLOCK EASTERN ENTERPRISES,

      Defendant.

_____/

### ORDER GRANTING MOTION TO SUBMIT SETTLEMENT AGREEMENT TO THE COURT FOR *IN CAMERA* REVIEW

THIS MATTER is before the Court on the parties' Joint Motion to submit Settlement Agreement to the Court for *In Camera* Review (ECF No. 32.) Having considered the motion, the record, and the relevant legal authorities, it is **ORDERED** that the Motion is **GRANTED**. On or before **April 17, 2012**, the Plaintiff shall submit a copy of the settlement agreement reached in this matter to the Court for review.[1] *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982) (holding that in an action brought pursuant to the Fair Labor Standards Act, the court must scrutinize the settlement agreement for fairness). The parties may submit the proposed settlement agreement to the Court for *in camera* review via U.S. Mail, e-mail (scola@flsd.uscourts.gov), or hand-delivery. The Clerk shall *administratively close* this case pending the Court's review of the proposed settlement agreement. Any and all pending motions are denied as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, on April 10, 2012.

                            _____
                            ROBERT N. SCOLA, JR.
                            UNITED STATES DISTRICT JUDGE

Copies to:
*Counsel of record*

---

[1] The Plaintiff may also submit additional materials to aid the Court in evaluating the fairness of the settlement agreement, including detailed time records of Plaintiff's counsel and a detailed invoice of fees and costs incurred in this matter.

Bonnie Solomon (7873)

| | |
|---|---|
| From: | cmecfautosender@flsd.uscourts.gov |
| Sent: | Tuesday, April 03, 2012 4:42 PM |
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | Activity in Case 1:11-cv-21144-JEM McDougal et al v. H&R Block Eastern Enterprises, Inc. Order on Motion for Leave to File |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**Southern District of Florida**

### Notice of Electronic Filing

The following transaction was entered on 4/3/2012 at 4:41 PM EDT and filed on 4/3/2012
**Case Name:**      McDougal et al v. H&R Block Eastern Enterprises, Inc.
**Case Number:**    1:11-cv-21144-JEM
**Filer:**
**Document Number:** 46(No document attached)

**Docket Text:**
**Paperless ORDER granting [43] Motion for Leave to File. The parties are to fax the Settlement Agreement to Chambers for in camera review on or before April 4, 2012.. Signed by Judge Jose E. Martinez on 4/3/2012. (jci)**

**1:11-cv-21144-JEM Notice has been electronically mailed to:**

Anthony Maximillien Georges-Pierre    agp@rgpattorneys.com, am@rgpattorneys.com

Dennis Michael McClelland    dennis.mcclelland@phelps.com, malkowsl@phelps.com, solomonb@phelps.com

Reed Lock Russell    reed.russell@phelps.com, erin.malone@phelps.com, mccullyb@phelps.com

**1:11-cv-21144-JEM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

Jaquline McDougal(Terminated)
11511 SW 183rd Street
Miami, FL 33157

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:11-CV-20217-KING

MIRTA KHAN,

      Plaintiff,

v.

H&R BLOCK EASTERN ENTERPRISES, INC.
d/b/a H&R BLOCK,

      Defendant.

_____/

### ORDER

      **THIS CAUSE** came before the Court upon the Parties' "Joint Motion to Submit Settlement Agreement to the Court for *In Camera* Review." The Court has examined the motion and finds the Parties' request to be appropriate in this action and consistent with Federal Rule of Civil Procedure 1 and, therefore, it is

      **ORDERED** and **ADJUDGED** that the Parties may submit their settlement agreement to the Court for *in camera* review. The settlement agreement is confidential and shall remain confidential for the time necessary for the Court to review the terms of the Parties' settlement in conjunction with the Parties' "Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal" and, thereafter, shall be returned by the Court to counsel for Defendant, without filing.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 7 day of Dec 2011.

_____
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

PD.5714815.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:11-CV-21036-JORDAN/BANDSTRA

YUDENIA CRUZ,

       Plaintiff,

v.

H&R BLOCK EASTERN ENTERPRISES,
INC. d/b/a H&R BLOCK,

       Defendant.

_____ /

### ORDER

**THIS CAUSE** came before the Court upon the Parties' "Joint Motion to Submit Settlement Agreement to the Court for *In Camera* Review." The Court has examined the motion and finds the Parties' request to be appropriate in this action and consistent with Federal Rule of Civil Procedure 1 and, therefore, it is

**ORDERED** and **ADJUDGED** that the Parties may submit their settlement agreement to the Court for *in camera* review. The settlement agreement is confidential and shall remain confidential for the time necessary for the Court to review the terms of the Parties' settlement in conjunction with the Parties' "Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal" and, thereafter, shall be returned by the Court to counsel for Defendant, without filing, unless the parties wish the court to retain jurisdiction. The

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record

| From: | cmecfautosender@flsd.uscourts.gov |
|-------|-----------------------------------|
| Sent: | Friday, November 18, 2011 5:09 PM |
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | Activity in Case 1:11-cv-20830-AMS Heredia v. H & R Block Eastern Enterprises, Inc. Order on Motion for Leave to File |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 11/18/2011 at 5:08 PM EST and filed on 11/18/2011
Case Name:          Heredia v. H & R Block Eastern Enterprises, Inc.
Case Number:        1:11-cv-20830-AMS
Filer:
Document Number: 39(No document attached)

Docket Text:
ENDORSED ORDER Granting [37] Joint Motion to Submit Settlement Agreement to the Court for In Camera Review. Upon review of the Motion, the undersigned finds that the Parties have shown good cause to file the Settlement Agreement under seal. Therefore, on or before Monday, November 28, 2011, the Parties shall file the Settlement Agreement under seal for the Court's review. Signed by Magistrate Judge Andrea M. Simonton on 11/18/2011. (par)


1:11-cv-20830-AMS Notice has been electronically mailed to:

Dennis A. Clifford    dclifford@seyfarth.com

Dennis Michael McClelland    dennis.mcclelland@phelps.com, cbrient@seyfarth.com, erin.malone@phelps.com, ETerre@seyfarth.com, jgimble@seyfarth.com, klehr@seyfarth.com, malkowsl@phelps.com, mtruong@seyfarth.com, smcnatt@seyfarth.com, solomonb@phelps.com

Jason Saul Remer    jremer@rgpattorneys.com

Kate L. Birenbaum    kbirenbaum@seyfarth.com

Reed Lock Russell    reed.russell@phelps.com, mccullyb@phelps.com

1:11-cv-20830-AMS Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:

| | |
|---|---|
| From: | cmecfautosender@flsd.uscourts.gov |
| Sent: | Friday, November 18, 2011 5:07 PM |
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | Activity in Case 1:11-cv-21083-AMS Paul v. H & R Block Eastern Enterprises, Inc. Order on Motion for Leave to File |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 11/18/2011 at 5:06 PM EST and filed on 11/18/2011
**Case Name:**      Paul v. H & R Block Eastern Enterprises, Inc.
**Case Number:**   1:11-cv-21083-AMS
**Filer:**
**Document Number:** 38(No document attached)

Docket Text:
**ENDORSED ORDER Granting [33] Joint Motion to Submit Settlement Agreement to the Court for In Camera Review. Upon review of the Motion, the undersigned finds that the Parties have shown good cause to file the Settlement Agreement under seal. Therefore, on or before Monday, November 28, 2011, the Parties shall file the Settlement Agreement under seal for the Court's review. Signed by Magistrate Judge Andrea M. Simonton on 11/18/2011. (par)**

**1:11-cv-21083-AMS Notice has been electronically mailed to:**

Dennis A. Clifford    dclifford@seyfarth.com

Dennis Michael McClelland    dennis.mcclelland@phelps.com, cbrient@seyfarth.com, erin.malone@phelps.com, ETerre@seyfarth.com, jgimble@seyfarth.com, klehr@seyfarth.com, malkowsl@phelps.com, mtruong@seyfarth.com, smcnatt@seyfarth.com, solomonb@phelps.com

Jason Saul Remer    jremer@rgpattorneys.com

Kate L. Birenbaum    kbirenbaum@seyfarth.com

Reed Lock Russell    reed.russell@phelps.com, mccullyb@phelps.com

**1:11-cv-21083-AMS Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:11-20197-JORDAN/O'SULLIVAN

TERRY NORRIS,

       Plaintiff,

v.

H&R BLOCK EASTERN ENTERPRISES,
INC. d/b/a H&R BLOCK,

       Defendant.

_____/

## ORDER

    **THIS CAUSE** came before the Court upon the Parties' "Joint Motion to Submit Settlement Agreement to the Court for *In Camera* Review." The Court has examined the motion and finds the Parties' request to be appropriate in this action and consistent with Federal Rule of Civil Procedure 1 and, therefore, it is

    **ORDERED** and **ADJUDGED** that the Parties may submit their settlement agreement to the Court for *in camera* review. The settlement agreement is confidential and shall remain confidential. If the parties intend to request that the Court retain jurisdiction to enforce the settlement agreement, copy of the agreement, with confidential terms redacted, must be filed in the public record.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of October, 2011.

                                      _____
                                      Adalberto Jordan
                                      UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

From:        cmecfautosender@flsd.uscourts.gov
Sent:        Thursday, September 22, 2011 2:16 PM
To:          flsd_cmecf_notice@flsd.uscourts.gov
Subject:     Activity in Case 1:11-cv-20193-KMM Hardemon v. H & R Block Eastern Enterprises, Inc. Administrative Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 9/22/2011 at 2:15 PM EDT and filed on 9/22/2011
Case Name:          Hardemon v. H & R Block Eastern Enterprises, Inc.
Case Number:        1:11-cv-20193-KMM
Filer:
WARNING: CASE CLOSED on 09/22/2011
Document Number: 80(No document attached)

Docket Text:
PAPERLESS NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT. THIS CAUSE came before the Court upon the Parties' Joint Motion for Settlement Approval [78]. THE PARTIES are hereby directed to file a copy of the settlement agreement with the Court no later than October 3, 2011. Pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled only with approval of the Court or the Secretary of Labor. If the Parties intend to keep the settlement agreement confidential, they may file the settlement agreement as a sealed document. If the Court approves the settlement, the Court will enter a final order of dismissal with prejudice. The Clerk of Court is instructed to CLOSE this case for administrative purposes. All pending motions are DENIED AS MOOT. Signed by Judge K. Michael Moore on 9/22/11. (tas)


1:11-cv-20193-KMM Notice has been electronically mailed to:

Anthony Maximillien Georges-Pierre     agp@rgpattorneys.com, jcs@rgpattorneys.com

Dennis A. Clifford     dclifford@seyfarth.com

Dennis Michael McClelland     dennis.mcclelland@phelps.com, cbrient@seyfarth.com, erin.malone@phelps.com, ETerre@seyfarth.com, jgimble@seyfarth.com, klehr@seyfarth.com, malkowsl@phelps.com, mtruong@seyfarth.com, smcnatt@seyfarth.com, solomonb@phelps.com

Esteban Shardonofsky    sshardonofsky@seyfarth.com

Jason Saul Remer    jremer@rgpattorneys.com

Kate L. Birenbaum    kbirenbaum@seyfarth.com

Reed Lock Russell    reed.russell@phelps.com, erin.malone@phelps.com, mccullyb@phelps.com

Robert J. Carty , Jr    rcarty@seyfarth.com

**1:11-cv-20193-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-22531-CIV-MCALILEY
(CONSENT CASE)

JOAQUIN LLANO,

      Plaintiff,

v.

H&R BLOCK EASTERN ENTERPRISES
d/b/a H&R BLOCK

      Defendant.

_____/

### ORDER

THIS MATTER is before the Court on the parties' Joint Motion to File Settlement Agreement under Seal [DE 214]. I have carefully considered the parties' arguments, and conclude that the settlement agreement should be sealed. Specifically, I find that the parties have shown good reasons to keep the settlement under seal that outweighs the public's right of access to the documents. *See Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007). Accordingly, it is ORDERED that:

    1.    The Motion to File Settlement Agreement under Seal [DE 214] is GRANTED.

    2.    The parties shall file the settlement agreement under seal for this Court's approval pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), **no later than September 28, 2011.**

    3.    Along with the settlement agreement, the parties shall also file a statement indicating the amount of Plaintiff's claim, the total amount of the settlement, how

much of that settlement will be used for attorneys' fees and costs, and how much

will be paid to Plaintiff. The statement must also set forth the basis upon which

Plaintiff's attorney is recovering fees and costs: if compensation is based on an

hourly rate, the statement must include the number of hours and rate billed; if

there is a contingency fee agreement, Plaintiff's counsel must certify that the

contingency fee agreement complies with Florida Bar Rule 4-1.5(f).

DONE and ORDERED in chambers in Miami, Florida this 21st day of September, 2011.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc: counsel of record

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-20198-CIV-UNGARO

COLLEEN DESCRESCENTE

    Plaintiffs,

v.

H&R BLOCK EASTERN ENTERPRISES, INC.,

    Defendants.

_____/

### ORDER ON MOTION TO SUBMIT SETTLEMENT AGREEMENT

THIS CAUSE is before the Court upon Joint Motion to Submit Settlement Agreement to the Court for *In Camera* Review. (D.E. 40.)

THE COURT has considered the Motions and the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 40) is GRANTED. The parties SHALL submit the agreement on or before August 17, 2011.

DONE AND ORDERED in Chambers, Miami, Florida, this 15th day of August, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:11-CV-20190-GOODMAN

[CONSENT CASE]

RITA GREENE,

      Plaintiff,

v.

H&R BLOCK EASTERN ENTERPRISES,
INC. d/b/a H&R BLOCK,

      Defendant.

_____/

ORDER APPROVING SETTLEMENT
AND DISMISSING ACTION WITH PREJUDICE

    **THIS CAUSE** came before the Court upon the parties' Joint Motion for Approval of

Settlement Agreement and Entry of an Order of Dismissal.[1]  Upon review of the court file, and

hearing from counsel, the Court makes the following findings:

Background and Procedural History

    Plaintiff Rita Greene ("plaintiff") brought this action against defendant H&R Block

Eastern Enterprises, Inc. ("H&R Block") on January 18, 2011, alleging violations of the Fair

Labor Standards Act ("FLSA") for failure to pay overtime.  (D.E. 1)  Plaintiff is also a party to a

separate action, *Khan, et al. v. H&R Block Eastern Enterprises, Inc. et al.*, 11-cv-20335-

Cooke/Turnoff (S.D. Fla.) (the "*Khan* Litigation"), in which she claims that H&R Block violated

the Florida Minimum Wage Law ("FMWL").

---

[1]    This case was referred to the Undersigned pursuant to 28 U.S.C. § 636(c)(1).

The parties engaged in full discovery in this action, including the exchanging of interrogatory responses, document request responses and documents, and responses to requests for admission, as well as the taking of nine depositions.  The parties also conducted a court-ordered mediation, which ended in impasse.  After further negotiation, however, the parties reached a confidential settlement of plaintiff's FLSA claim and any and all other disputes between the parties, including plaintiff's claims in the *Khan* Litigation.

On July 14, 2011, the parties filed a Joint Motion for Approval of Settlement Agreement and Entry of Order of Dismissal. (D.E. 41)  Contemporaneously, the parties filed a Joint Motion to Submit the Settlement Agreement to the Court for *In Camera* Review.  (D.E. 40)  The Court granted in part the motion for *in camera* review of the settlement agreement (D.E. 42), and subsequently the parties filed the executed settlement agreement with the Court under seal.

On July 25, 2011, the Court held a status conference regarding the settlement agreement and heard argument by the parties in support of their joint request for the Court to approve the settlement and dismiss this action with prejudice.  (D.E. 45, 46).

<u>Analysis</u>

In general, the minimum wage and overtime provisions of the FLSA are mandatory and not subject to negotiation or bargaining between employers and employees.  *See Brooklyn Savings Bank v. O'Neil*, 324 U.S. 697 (1945).  However, there are two ways employees may settle and waive a claim against their employer for unpaid minimum wages or overtime pay under the FLSA: (1) if the payment of unpaid minimum wage/overtime pay is supervised by the Secretary of Labor <u>or</u> (2) in a private lawsuit brought by an employee, if the parties present the district court with a proposed settlement and the court enters an order approving the fairness of

2

the settlement.  29 U.S.C. § 216(c); *Lynn's Food Stores, Inc. v. U.S.,* 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Schulte, Inc. v. Gangi*, 328 U.S. 108 (1946).

An employee may settle and release FLSA claims against his employer without the supervision of the Secretary of Labor if all of the following conditions are met: (1) the settlement occurs in an adversarial context; (2) there are issues of FLSA coverage and/or computations actually in dispute; and (3) the district court enters an order approving the settlement after scrutinizing the fairness of the settlement.  *Lynn's Food Stores*, 679 F.2d at 1354.

The Court finds that the parties' agreement represents a fair settlement of disputed claims under the FLSA.  Plaintiff contends in this case that, during her seasonal employment with H&R Block, she worked "off the clock" without receiving overtime pay as required by the FLSA. Specifically, she alleges that she worked off the clock approximately 20 hours per week during each of the 2008, 2009, and 2010 tax seasons, with the explicit or implicit knowledge of her managers.[2]  Plaintiff alleges in the *Khan* Litigation that she similarly worked off the clock under 40 hours in certain weeks without receiving minimum wage for such hours worked, including 24-64 hours each year she allegedly spent attending educational courses to become a tax professional at H&R Block.  (*Khan* Compl. ¶¶ 9, 32)

H&R Block denies all liability in this action and asserts various defenses to plaintiff's claims.  First, H&R Block denies that it suffered or permitted plaintiff to work any unpaid overtime, much less the 20 hours per week that she claims, and asserts that her claims are disputed by the relevant records and the testimony of plaintiff's managers.  Second, H&R Block contends that plaintiff is equitably estopped from asserting a claim for unpaid overtime, because she deliberately violated company policy if she worked off the clock.

---

[2] Tax season extends from January 1 to April 15 each year.  Plaintiff does not contend that she worked off the clock during the 2011 tax season.

H&R Block maintains that plaintiff's alleged damages, based on her allegation that she worked 20 hours per week off the clock, are unrealistic and cannot be proven; plaintiff regularly recorded, and was paid for, overtime work during her employment with H&R Block. Finally, H&R Block asserts that plaintiff's overtime claim is subject to a set off defense. Plaintiff received substantial amounts in end-of-season incentive payments that H&R Block claims would have been reduced by alleged overtime wages earned during the season. Thus, H&R Block contends that, to prevent plaintiff from receiving a windfall, which the FLSA abhors, plaintiff's claims for overtime wages for each tax season must be off set by the incentive payments she received for those tax seasons.

H&R Block further contends that the claims plaintiff asserts in the *Khan* case are completely without merit. Aside from the fact that H&R Block denies that plaintiff ever worked off the clock, Plaintiff earned between $19.59 and $30.18 an hour each week from 2008 to 2011. Thus, even if she worked off the clock during the tax season (which H&R Block adamantly denies), H&R Block contends there would be no minimum wage violation because her average hourly rate far exceeds the minimum wage required under the FMWL or FLSA. Moreover, H&R Block denies that plaintiff is entitled to any compensation for the educational courses at issue in *Khan* because plaintiff was not covered by the FMWL or FLSA for those courses and the courses do not constitute compensable work under the FMWL or FLSA.[3]

---

[3] As part of their confidential settlement, the parties have agreed to settle all of plaintiff's disputes with H&R Block, including plaintiff's claims in the *Khan* Litigation. As such, the parties have agreed that, if this Court approves the settlement of this action, they will file a joint stipulation for the dismissal with prejudice of plaintiff's claims in the *Khan* Litigation. Although the *Khan* Litigation is a putative class action under Rule 23, the parties take the position that the Rule's requirement for court approval of dismissals does not apply to an uncertified class action. Fed. R. Civ. P. 23(e)(1)(A) (applies to "claims, issues, or defenses of a certified class"); *id.* 41(a)(1)(ii) (plaintiff may dismiss action by stipulation "without a court order" subject to Rule 23(e)); *see also* Wright & Miller, Fed. Prac. & Proc. § 1797 ("[S]ettlements or dismissals that

The Court has reviewed the terms of the settlement *in camera* and has heard argument from the parties on the above subjects.   In light of the many sharply contested factual issues in this case, the Court finds that the settlement reached by the parties represents a significant compromise by both parties and is fair and reasonable.   Accordingly, it is

**ORDERED** and **ADJUDGED** that the parties' proposed settlement agreement is fair and reasonable, the joint motion to approve settlement (D.E. 41) is therefore **granted**, the settlement is **approved** and this action is **dismissed with prejudice**.   The Clerk is directed to **CLOSE** this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of July, 2011.

_____
Jonathan Goodman
United States Magistrate Judge


Copies to:      Counsel of Record

---

occur before class certification are outside the scope of subdivision (e).").   However, the parties agree that they will seek separate approval of the settlement in order to obtain a dismissal of the *Khan* case if they are required to do so.

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD KRPATA,

     Plaintiff,

v.                                CASE NO.  4:13-cv-427

KASCO SERVICES CORPORATION,

     Defendant.

_____/

ORDER GRANTING MOTION TO SUBMIT
SETTLEMENT AGREEMENT TO THE COURT
FOR *IN CAMERA* REVIEW

     This matter is before the Court on the parties' Joint Motion to Submit

Settlement Agreement to the Court for *In Camera* Review, ECF No. 13.  Having

considered the motion, the record, and the relevant legal authorities, it is

ORDERED that the motion is **GRANTED.**  On or before **February 18, 2014,** the

Plaintiff shall submit a copy of the settlement agreement reached in this matter for

the Court's review.[1]  See *Lynn's Food Store, Inc. v. United States,* 679 F.2d 1350,

1352-55 (11th Cir. 1982) (holding that in an action brought pursuant to the Fair

Labor Standards Act, the Court must scrutinize a settlement agreement for

fairness).  The parties may submit the proposed settlement to the Court for *in*

---

[1] The Plaintiff may also submit additional materials to aid the Court in evaluating the fairness of the settlement agreement, including detailed time records of Plaintiff's counsel and a detailed invoice of fees and costs incurred in this matter.

1

*camera* review via U.S. Mail, email (becky_j_jones@flnd.uscourts.gov) or hand-delivery.

**SO ORDERED on February 11, 2014.**

s/Mark E. Walker
**United States District Judge**